# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| JERALD BOITNOTT, | **Case No. 18-cv-02894-ECT-DTS** |
| Plaintiff, | |
| v. | **DISCLOSURE STATEMENT** |
| ALDI Inc. d/b/a ALDI Foods and 806 4th Street, LLC, | |
| Defendants. | |

_____

## DISCLOSURE STATEMENT

In accordance with Fed. R. Civ. P. 7.1, ALDI Inc. d/b/a ALDI Foods certifies that there is no parent corporation or publicly held corporation owning 10% or more of its stock.

Dated:  October 29, 2018            Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

*/s/ Christian C. Antkowiak*
Christian C. Antkowiak *(PA # 209231)*

(Admitted *pro hac vice*)
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219
Phone: 412-562-3988
Fax:    412-562-1041
christian.antkowiak@bipc.com

**SAPIENTA LAW GROUP PLLC**

Sonia Miller-Van Oort (#278087)
Jonathan A Strauss (#279602)
Ryan O. Vettleson (#312915)
120 South Sixth Street, Suite 100
Minneapolis, MN 55402
Phone: 612-756-7100
Fax: 612-756-7101
soniamv@sapientialaw.com
jons@sapientialaw.com
ryanv@sapientialaw.com

***ATTORNEYS FOR DEFENDANT ALDI INC.***